UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

cc: USPO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cr-00071-FMC-1 |
| | ) | |
| -v- | ) | |
| | ) | |
| Mark Anthony Hughes, | ) | JUDGMENT AND COMMITMENT ORDER |
| | ) | REINSTATING SUPERVISED RELEASE |
| Defendant, | ) | |
| | ) | |

NOW on this 13th day of August, 2009, the defendant is present with counsel, and having admitted to the allegations as set forth in the Petition on Probation and Supervised Release filed on July 29, 2009, the Court finds that the defendant is in violation of his/her supervised release and orders that the supervised release imposed on Judgment and Commitment Order filed February 14, 2003, is revoked and reinstated, with the following modifications:

IT IS ORDERED that the defendant shall reside at a residential reentry center for up to 9 months, as approved by the U. S. Probation Officer until discharged by the Program Director or the Probation Officer.  The Court recommends the Gateways Program, if available.  The term of supervised release is modified to extend for two years from today's date.

FILED: August 13, 2009
TERRI NAFISI, Clerk

FLORENCE-MARIE COOPER
United States District Court Judge